**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                             Case No. 07-cr-44-PB

<u>Arthur Durham</u>


### <u>O R D E R</u>

The defendant, through counsel, has moved to continue the June 5, 2007, trial in the above case, citing the need for additional time to engage in further plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 5, 2007 to August 21, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 22, 2007 final pretrial conference is continued to July 25, 2007 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 21, 2007

cc: Sven Wiberg, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal